FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 26 2012

By: _____ Clerk
    _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARCO, N.V. and BARCO, INC., | ) ) ) |
| Plaintiffs and Counterclaim Defendants | ) ) ) |
| v. | ) ) |
| EIZO NANAO CORPORATION, and EIZO NANAO TECHNOLOGIES, INC. | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) ) ) |

CIVIL ACTION FILE NO.:

1:11-cv-02964-RLV

**JURY TRIAL DEMANDED**

## JOINT PROPOSED SCHEDULING ORDER

Subject to and upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the parties propose the following Scheduling Order:

| EVENT | DUE DATE |
|---|---|
| Fact discovery opens | January 26, 2012 |
| Barco's Infringement Contentions and Document Production under LPR 4.1 | March 29, 2012 |
| Eizo's Invalidity Contentions and Document Production under LPR 4.3 | May 3, 2012 |

| | |
|---|---|
| Eizo's Response to Barco's Infringement Contentions and Document Production under LPR 4.2 | May 3, 2012 |
| Parties Exchange Proposed Claim Terms for Construction under LPR 6.1 | June 7, 2012 |
| Parties Exchange of Preliminary Constructions under LPR 6.2 | June 28, 2012 |
| Exchange of preliminary identification of extrinsic evidence under LPR 6.2 | June 28, 2012 |
| Joint Claim Construction Statement under LPR 6.3 | July 19, 2012 |
| Last day to amend pleadings as of right (without leave of Court) | July 19, 2012 |
| Completion of claim construction discovery under LPR 6.4 | August 9, 2012 |
| Opening Claim construction briefs under LPR 6.5 | September 13, 2012 |
| Responsive claim construction briefs under LPR 6.5 | October 11, 2012 |
| *Markman* hearing | Subject to the convenience of the Court's calendar |
| Disclosure of Substance of Opinions of Counsel re: Willful Infringement Defense under LPR 5.2 | 15 days after the *Markman* order, |
| Close of fact discovery | Three (3) months after the *Markman* order, or January 25, 2013, whichever is later |
| Initial expert witness disclosures on issues on which | 60 days after the close of |

| | |
|---|---|
| each bears the burden of proof under LPR 7.1(b) | fact discovery |
| Initial expert witness disclosures on issues on which the opposing party bears the burden of proof under LPR 7.1(c) | 45 days after service of first round of expert disclosures |
| Rebuttal expert witness disclosures under LPR 7.1(d) | 21 days after service of second round of expert disclosures |
| Depositions of expert witnesses commence under LPR 7.2 | 14 days after service of rebuttal disclosures |
| Expert Discovery Closes under LPR 7.2 | 60 days after commencement of expert depositions |
| Settlement Conference under LR 16.3 | 10 days after the close of expert discovery. |
| Opening Motions for Summary Judgment | No later than 45 days after close of expert discovery. |
| Responses to Motions for Summary Judgment | 30 days after service of opening motions. |
| Summary Judgment Reply Briefs | 14 days after service of opposition briefs |
| Consolidated Pretrial Order | 60 days after the last ruling on pending summary judgment motions, or resolution of any motions to reconsider same, whichever is later |
| Trial | TBA |

IT IS SO ORDERED, this 26th day of Jan., 2012

Robert L. Vining, Jr.
HON. ROBERT L. VINING, JR.
UNITED STATES DISTRICT JUDGE