# EXHIBIT A

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

The following chart and Exhibits 1-13 attached hereto, provides Barco's LPR 4.1 Preliminary Infringement Contentions as of March 29, 2012 regarding Eizo's past and current infringement of U.S. Patent No. 7,639,849 ("the '849 Patent").  Barco incorporates the statements set forth in the accompanying cover document, and reserves the right to supplement these LPR 4.1 Preliminary Infringement Contentions pursuant to the Federal Rules of Civil Procedure, the Local Patent Rules, and the orders of this Court.

| '849 Patent | Accused Instrumentalities |
|---|---|
| 1a. A method of image processing, said method comprising: | The Accused Instrumentalities perform a method of image processing.  *See, e.g.,* Exhibit 1 (DUE "provides for accurate diagnosis in medical imaging.") ("To sustain image consistency . . . [t]he Digital Uniformity Equalizer (DUE) function provides optimum backlight luminance uniformity."). |
| 1b. for each of a plurality of pixels of a display, obtaining a measure of a light-output response of at least a portion of the pixel at each of a plurality of driving levels; | During manufacture of the Accused Instrumentalities, EIZO measures the luminance at a plurality of driving levels.  *See, e.g.,* Exhibit 2 ("EIZO measures every tone from 0-255").  Further, EIZO states that DUE technology provides uniformity correction across the display.  *See, e.g.,* Exhibit 5 ("Each level of grayscale is measured to ensure gamma uniformity *across the screen.*") (emphasis added).  Thus, for a plurality of pixels across the display, the luminance measurements are taken at least a portion of a pixel.  This is also indicated by a certificate accompanying many of the Accused Instrumentalities verifying uniformity at 25 points across the screen.  *See e.g.* Exhibit 10 (a uniformity data sheet included with shipment of Accused Instrumentalities); Exhibit 11 ("EIZO stands behind the quality of the ColorEdge series by including two verification documents with each monitor.  One document verifies uniformity on 25 points across the screen while the other certifies that all 256 color tones on the gamma curve were individually adjusted at the factory."). <br><br> To perform uniformity correction, processors within EIZO's products employing DUE technology, access these stored measures from memory to adjust luminance outputs of pixels on the display.  *See, e.g.,* Exhibit 3 ("To compensate [for luminance non-uniformities], the luminance level of each monitor is measured at EIZO's factories in Japan and then *DUE adjusts the luminance according to the measured data.*") (emphasis added); Exhibit 12 (Figure 18 illustrates accessing color and brightness compensation tables); Exhibit 13 ("The process starts with each |

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

| '849 Patent | Accused Instrumentalities |
|---|---|
|  | panel being put in front of a high specification image sensor which will produce a uniformity 'map' for that specific panel.  On the CG243W, Eizo also repeat the mapping with the panel at different operating temperatures (because temperature can also affect uniformity).  The maps are then built into the electronics that go with that specific panel so that uniformity can be automatically compensated for."). |
| 1c. to increase a visibility of a characteristic of a displayed image during a use of the display, modifying a map that is based on the obtained measures; and | The Accused Instrumentalities modify a map that is based on the obtained measures of light-output response.  *See, e.g.*, Exhibit 3 ("To compensate [for luminance non-uniformities], the luminance level of each monitor is measured at EIZO's factories in Japan and then DUE *adjusts the luminance according to the measured data*.") (emphasis added); Exhibit 12 (Figure 18 illustrates correction process where map is modified); Exhibit 13 ("The maps are then built into the electronics that go with that specific panel so that uniformity can be automatically compensated for.  An internal thermometer measures the panel temperature and can call up temperature-specific uniformity corrections.") ("ColorNavigator is able to 'communicate' with the monitor and make direct internal adjustments based on the response of the calibrator to colours put on screen.  The profile (correction table) is then put into the monitors internal LUT.  Profiling is therefore quite straightforward (no OSD controls to fiddle with) and is extremely accurate as adjustments are made in the internal LUT and not on your video card."). <br><br> Further, EIZO modifies a map to increase a visibility of a characteristic of a displayed image during use of the display.  *See, e.g.*, Exhibit 4 ("The 16-bit internal calculation of the CG221 and CG211 produces grayscale rendering that is on a par with high-end CRT monitors.  The result is not only a much greater degree of detail in dark areas, but overall uniformity of brightness and color throughout the entire screen."); Exhibit 5 ("EIZO has built a special ASIC (Application Specific Integrated Circuit) chip for the sole purpose of handling uniformity and it is able to do so in any region of the screen.  This means that luminance and colour can be individually corrected over the entire tonal range anywhere on the screen."). |

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

| '849 Patent | Accused Instrumentalities |
|---|---|
| 1d. based on the modified map and an image signal that represents at least one physical and tangible object, obtaining a display signal that is configured to cause the display to depict the at least one physical and tangible object. | The Accused Instrumentalities obtain a display signal based on the modified map and an image signal. *See, e.g.*, Exhibit 12 (Figure 18 illustrates the correction process where a display signal to drive the LCD panel is obtained from the RGB input image signal and compensation LUTs.).<br><br>Further, the image signal represents at least one physical and tangible object, and the display signal causes the display to depict the at least one physical and tangible object. *See, e.g.*, Exhibit 3 (Display employing DUE technology "are designed for diagnosis in medical imaging applications including PACS, chest radiology, CT (computed tomography), and MRI (magnetic resonance imaging).") ("To compensate [for luminance non-uniformities], the luminance level of each monitor is measured at EIZO's factories in Japan and then DUE adjusts the luminance according to the measured data.") (displays pictured depict portions of human skeleton); Exhibit 5 (displays pictured depict waterfall and surroundings); Exhibit 6 (displays pictured depict human breasts). |
| 22.  The method of image processing according to claim 1, wherein said modifying a map to increase a visibility of a characteristic of a displayed image includes modifying the map according  to a first selected characteristic in a first region of the display, and modifying the map according to a second | The Accused Instrumentalities modify the map according to a first selected characteristic in a first region of the display, and modify the map according to a second selected characteristic in a second region of the display, wherein the first characteristic is different than the second characteristic, and wherein the first region is separate from the second region. *See, e.g.*, Exhibit 5 ("EIZO has built a special ASIC (Application Specific Integrated Circuit) chip for the sole purpose of handling uniformity and it is able to do so in any region of the screen.  This means that luminance and colour can be individually corrected over the entire tonal range anywhere on the screen."); Exhibit 11 ("Fluctuations in brightness and chroma on different parts of the screen are a common train of LCD monitors.  To counteract this, the monitor incorporates an EIZO-developed digital uniformity equalizer (DUE).  DUE ensures a Delta-E difference of 3 or less across the screen when the monitor leaves the factory."); Exhibit 5 (Figures on page 18 indicate a different levels of correction for non-uniformity of color and brightness at different regions of the display); Exhibit 6 (Figures in section labeled "DUE for Brightness Uniformity" illustrate greater brightness |

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

| '849 Patent | Accused Instrumentalities |
|---|---|
| selected characteristic in a second region of the display, wherein the first characteristic is different than the second characteristic, and wherein the first region is separate from the second region. | uniformity correction at the center of the display than at the edges of the display.); Exhibit 12 (Figures 8-13 illustrate greater color uniformity correction at the center of the display than at the edges). |
| 23.  The method of image processing according to claim 1, said method comprising calculating a plurality of correction functions based on the modified map. | The Accused Instrumentalities calculate a plurality of correction functions based on the modified map. *See*, *e.g.*, Exhibit 4 ("This is accomplished by measuring R, G, and B gamma values from 0-255, then using the monitor's 12-bit (CG221 and CG211) or 10-bit (CG210-N and CG19) look-up table (LUT) to select the 256 most appropriate tones to achieve the desired value.") ("Achieving uniform levels of brightness and color across the screen has been all but impossible with LCD monitors.  To correct this problem, EIZO has developed an ASIC (application Specific Integrated Circuit) and incorporated it into the ColorEdge CG221 and CG211.  This ASIC has a 12-bit look-up table (LUT) with an extensive palette of 4,081 grayscale tones for each R, G, and B, and internal calculation accuracy of 16-bits (64 times more accurate than 10-bit internal calculation.");  Exhibit 12 (Entries in the compensation LUTs shown in Figures 15-16 and 18 are used to create a correction functions to be applied to input signals.). |
| 24.  The method of image processing according to claim 23, wherein said obtaining a display signal comprises applying to a value of the image signal | The Accused Instrumentalities apply, to a value of the image signal that corresponds to a pixel of the display, a correction function that corresponds to the pixel from among the plurality of correction functions. *See*, *e.g.*, Exhibit 12 (Entries in the compensation LUTs shown in Figures 15-16 and 18 are used to create correction functions.  Each entry corresponds to at least one pixel on the display.  As shown in Figure 18, the display signal is obtained by applying a correction |

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

| '849 Patent | Accused Instrumentalities |
|---|---|
| that corresponds to a pixel of the display, a correction function that corresponds to the pixel from among the plurality of correction functions. | function from the LUTs to the input image signal.). |
| 25.  The method of image processing according to claim 1, wherein the map comprises a plurality of correction functions, each of the plurality of correction functions corresponding to at least one of the plurality of pixels. | The Accused Instrumentalities employ a map that comprises a plurality of correction functions, each of the plurality of correction functions corresponding to at least one of the plurality of pixels. *See*, *e.g.*, Exhibit 12 (Entries in the compensation LUTs shown in Figures 15-16 and 18 are used to create correction functions.  Each entry corresponds to at least one pixel on the display.); Exhibit 4 ("This is accomplished by measuring R, G, and B gamma values from 0-255, then using the monitor's 12-bit (CG221 and CG211) or 10-bit (CG210-N and CG19) look-up table (LUT) to select the 256 most appropriate tones to achieve the desired value.") ("Achieving uniform levels of brightness and color across the screen has been all but impossible with LCD monitors.  To correct this problem, EIZO has developed an ASIC (application Specific Integrated Circuit) and incorporated it into the ColorEdge CG221 and CG211.  This ASIC has a 12-bit look-up table (LUT) with an extensive palette of 4,081 grayscale tones for each R, G, and B, and internal calculation accuracy of 16-bits (64 times more accurate than 10-bit internal calculation.") ("The 16-bit internal calculation of the CG221 and CG211 produces grayscale rendering that is on par with high-end CRT monitors.  The result is not only a much greater degree of detail in dark areas, but overall uniformity of brightness and color throughout the entire screen."). |
| 26.  The method of image processing according to claim 25, wherein said obtaining a display signal | The Accused Instrumentalities apply, to a value of the image signal that corresponds to a pixel of the display, a correction function that corresponds to the pixel from among the plurality of correction functions.  *See*, *e.g.*, Exhibit 12 (Entries in the compensation LUTs shown in Figures 15-16 and 18 are used to create correction functions.  Each entry corresponds to at least one pixel |

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

| '849 Patent | Accused Instrumentalities |
|---|---|
| comprises applying, to a value of the image signal that corresponds to a pixel of the display, a correction function that corresponds to the pixel from among the plurality of correction functions. | on the display.  As shown in Figure 18, the display signal is obtained by applying a correction function from the LUTs to the input image signal.); Exhibit 4 ("This is accomplished by measuring R, G, and B gamma values from 0-255, then using the monitor's 12-bit (CG221 and CG211) or 10-bit (CG210-N and CG19) look-up table (LUT) to select the 256 most appropriate tones to achieve the desired value.") ("Achieving uniform levels of brightness and color across the screen has been all but impossible with LCD monitors.  To correct this problem, EIZO has developed an ASIC (application Specific Integrated Circuit) and incorporated it into the ColorEdge CG221 and CG211.  This ASIC has a 12-bit look-up table (LUT) with an extensive palette of 4,081 grayscale tones for each R, G, and B, and internal calculation accuracy of 16-bits (64 times more accurate than 10-bit internal calculation.") ("The 16-bit internal calculation of the CG221 and CG211 produces grayscale rendering that is on par with high-end CRT monitors.  The result is not only a much greater degree of detail in dark areas, but overall uniformity of brightness and color throughout the entire screen."). |
| 34a. An image processing apparatus comprising: | The Accused Instrumentalities perform a method of image processing. *See*, *e.g.*, Exhibit 1 (DUE "provides for accurate diagnosis in medical imaging.") ("To sustain image consistency . . . [t]he Digital Uniformity Equalizer (DUE) function provides optimum backlight luminance uniformity."). |
| 34b. an array of storage elements configured to store, for each of a plurality of pixels of a display, a measure of a light-output response of at least a portion of the pixel at each of a plurality of driving | During manufacture of the Accused Instrumentalities EIZO measures the luminance at a plurality of driving levels. *See e.g.*, Exhibit 2 ("EIZO measures every tone from 0-255").  Further, EIZO states that DUE technology provides uniformity correction across the display. *See e.g.*, Exhibit 5 ("Each level of grayscale is measured to ensure gamma uniformity *across the screen*.") (emphasis added).  Thus, for a plurality of pixels across the display, the luminance measurements are taken at least a portion of a pixel.  This is also indicated by a certificate accompanying many of the Accused Instrumentalities verifying uniformity at 25 points across the screen.  See e.g. Exhibit 10 (a uniformity data sheet included with shipment of Accused Instrumentalities); Exhibit 11 ("EIZO |

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

| '849 Patent | Accused Instrumentalities |
|---|---|
| levels; and | stands behind the quality of the ColorEdge series by including two verification documents with each monitor.  One document verifies uniformity on 25 points across the screen while the other certifies that all 256 color tones on the gamma curve were individually adjusted at the factory."). <br><br> These measures are stored into memory within the displays.  To perform uniformity correction, processors within EIZO's products employing DUE technology, access these stored measures from memory to adjust luminance outputs of pixels on the display.  *See*, *e.g.*, Exhibit 3 ("To compensate [for luminance non-uniformities], the luminance level of each monitor is measured at EIZO's factories in Japan and then *DUE adjusts the luminance according to the measured data*.") (emphasis added); Exhibit 12 (Figure 18 illustrates accessing color and brightness compensation tables); Exhibit 13 ("The process starts with each panel being put in front of a high specification image sensor which will produce a uniformity 'map' for that specific panel.  On the CG243W, Eizo also repeat the mapping with the panel at different operating temperatures (because temperature can also affect uniformity).  The maps are then built into the electronics that go with that specific panel so that uniformity can be automatically compensated for."). |
| 34c. an array of logic elements configured to modify a map based on the stored measures and to obtain, based on the modified map and an image signal that represents at least one physical and tangible object, a display signal that is configured to cause the display to depict the at least one physical and tangible | The Accused Instrumentalities comprise an array of logic elements, e.g., processing chips and/or integrated circuits, configured to modify a map that is based on the obtained measures of light-output response.  *See*, *e.g.*, Exhibit 7 ("A special chip enables the automatic balancing of undesirable non-uniformities."); Exhibit 8 ("This [DUE] system manages colour uniformity and the even brightness distribution.  Brightness and colour tones are constantly adjusted throughout the entire display area.  Unwanted evenness is automatically evened in real time thanks to a special chip."); Exhibit 9 ("EIZO incorporates its latest application specific integrated circuit (ASIC) into the RadiForce RX320.  This ASIC contains a Digital Uniformity Equalizer (DUE) function to compensate for brightness non-uniformity that is characteristic of all LCD panels."); Exhibit 3 ("To compensate [for luminance non-uniformities], the luminance level of each monitor is measured at EIZO's factories in Japan and then DUE *adjusts the luminance according to the measured data*.") (emphasis added); Exhibit 12 (Figure 18 illustrates correction process where |

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

| '849 Patent | Accused Instrumentalities |
|---|---|
| object, | map is modified); Exhibit 13 ("The maps are then built into the electronics that go with that specific panel so that uniformity can be automatically compensated for.  An internal thermometer measures the panel temperature and can call up temperature-specific uniformity corrections.") ("ColorNavigator is able to 'communicate' with the monitor and make direct internal adjustments based on the response of the calibrator to colours put on screen.  The profile (correction table) is then put into the monitors internal LUT.  Profiling is therefore quite straightforward (no OSD controls to fiddle with) and is extremely accurate as adjustments are made in the internal LUT and not on your video card."). <br><br> The logic elements are further configured to obtain a display signal based on the modified map and an image signal.  *See*, *e.g.*, Exhibit 12 (Figure 18 illustrates the correction process where a display signal to drive the LCD panel is obtained from the RGB input image signal and compensation LUTs.).  Further, the image signal represents at least one physical and tangible object, and the display signal causes the display to depict the at least one physical and tangible object.  *See*, *e.g.*, Exhibit 3 (Display employing DUE technology "are designed for diagnosis in medical imaging applications including PACS, chest radiology, CT (computed tomography), and MRI (magnetic resonance imaging).") ("To compensate [for luminance non-uniformities], the luminance level of each monitor is measured at EIZO's factories in Japan and then DUE adjusts the luminance according to the measured data.") (displays pictured depict portions of human skeleton); Exhibit 5 (displays pictured depict waterfall and surroundings); Exhibit 6 (displays pictured depict human breasts). |
| 34d. wherein the array of logic elements is configured to modify the map to increase a visibility of a characteristic of a displayed image during a | The logic elements of the Accused Instrumentalities modify a map to increase a visibility of a characteristic of a displayed image during use of the display.  *See*, *e.g.*, Exhibit 4 ("The 16-bit internal calculation of the CG221 and CG211 produces grayscale rendering that is on a par with high-end CRT monitors.  The result is not only a much greater degree of detail in dark areas, but overall uniformity of brightness and color throughout the entire screen."); Exhibit 5 ("EIZO has built a special ASIC (Application Specific Integrated Circuit) chip for the sole purpose of handling |

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

| '849 Patent | Accused Instrumentalities |
|---|---|
| use of the display. | uniformity and it is able to do so in any region of the screen.  This means that luminance and colour can be individually corrected over the entire tonal range anywhere on the screen."). |
| 37a. A method of image processing, said method comprising: | The Accused Instrumentalities perform a method of image processing.  *See*, *e.g.*, Exhibit 1 (DUE "provides for accurate diagnosis in medical imaging.") ("To sustain image consistency . . . [t]he Digital Uniformity Equalizer (DUE) function provides optimum backlight luminance uniformity."). |
| 37b. for each of a plurality of pixels of a display, obtaining a measure of a luminance of at least a portion of the pixel in response to each of a plurality of different electrical driving levels; | During manufacture of the Accused Instrumentalities, EIZO measures the luminance at a plurality of driving levels.  *See*, *e.g.*, Exhibit 2 ("EIZO measures every tone from 0-255").  Further, EIZO states that DUE technology provides uniformity correction across the display.  *See e.g.*, Exhibit 5 ("Each level of grayscale is measured to ensure gamma uniformity *across the screen*.") (emphasis added).  Thus, for a plurality of pixels across the display, the luminance measurements are taken at least a portion of a pixel.  This is also indicated by a certificate accompanying many of the Accused Instrumentalities verifying uniformity at 25 points across the screen.  *See*, *e.g.*, Exhibit 10 (a uniformity data sheet included with shipment of Accused Instrumentalities); Exhibit 11 ("EIZO stands behind the quality of the ColorEdge series by including two verification documents with each monitor.  One document verifies uniformity on 25 points across the screen while the other certifies that all 256 color tones on the gamma curve were individually adjusted at the factory."). |
| | To perform uniformity correction, processors within EIZO's products employing DUE technology, access these stored measures from memory to adjust luminance outputs of pixels on the display.  *See*, *e.g.*, Exhibit 3 ("To compensate [for luminance non-uniformities], the luminance level of each monitor is measured at EIZO's factories in Japan and then *DUE adjusts the luminance according to the measured data.*") (emphasis added); Exhibit 12 (Figure 18 illustrates accessing color and brightness compensation tables); Exhibit 13 ("The process starts with each panel being put in front of a high specification image sensor which will produce a uniformity |

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

| '849 Patent | Accused Instrumentalities |
|---|---|
| | 'map' for that specific panel.  On the CG243W, Eizo also repeat the mapping with the panel at different operating temperatures (because temperature can also affect uniformity).  The maps are then built into the electronics that go with that specific panel so that uniformity can be automatically compensated for."). |
| 37c. to increase a visibility of a characteristic of a displayed image during a use of the display, modifying a map that is based on the obtained measures; and | The Accused Instrumentalities modify a map that is based on the obtained measures of light-output response.  *See, e.g.*, Exhibit 3 ("To compensate [for luminance non-uniformities], the luminance level of each monitor is measured at EIZO's factories in Japan and then DUE *adjusts the luminance according to the measured data*.") (emphasis added); Exhibit 12 (Figure 18 illustrates correction process where map is modified); Exhibit 13 ("The maps are then built into the electronics that go with that specific panel so that uniformity can be automatically compensated for.  An internal thermometer measures the panel temperature and can call up temperature-specific uniformity corrections.") ("ColorNavigator is able to 'communicate' with the monitor and make direct internal adjustments based on the response of the calibrator to colours put on screen.  The profile (correction table) is then put into the monitors internal LUT.  Profiling is therefore quite straightforward (no OSD controls to fiddle with) and is extremely accurate as adjustments are made in the internal LUT and not on your video card."). <br><br> Further, EIZO modifies a map to increase a visibility of a characteristic of a displayed image during use of the display.  *See, e.g.*, Exhibit 4 ("The 16-bit internal calculation of the CG221 and CG211 produces grayscale rendering that is on a par with high-end CRT monitors.  The result is not only a much greater degree of detail in dark areas, but overall uniformity of brightness and color throughout the entire screen."); Exhibit 5 ("EIZO has built a special ASIC (Application Specific Integrated Circuit) chip for the sole purpose of handling uniformity and it is able to do so in any region of the screen.  This means that luminance and colour can be individually corrected over the entire tonal range anywhere on the screen."). |

**BARCO'S LPR 4.1 PRELIMINARY INFRINGEMENT CONTENTIONS**

| '849 Patent | Accused Instrumentalities |
|---|---|
| 37d. based on the modified map and an image signal that represents at least one physical and tangible object, obtaining a display signal that is configured to cause the display to depict the at least one physical and tangible object. | The Accused Instrumentalities obtain a display signal based on the modified map and an image signal. *See*, *e.g.*, Exhibit 12 (Figure 18 illustrates the correction process where a display signal to drive the LCD panel is obtained from the RGB input image signal and compensation LUTs.). <br><br> Further, the image signal represents at least one physical and tangible object, and the display signal causes the display to depict the at least one physical and tangible object. *See*, *e.g.*, Exhibit 3 (Display employing DUE technology "are designed for diagnosis in medical imaging applications including PACS, chest radiology, CT (computed tomography), and MRI (magnetic resonance imaging).") ("To compensate [for luminance non-uniformities], the luminance level of each monitor is measured at EIZO's factories in Japan and then DUE adjusts the luminance according to the measured data.") (displays pictured depict portions of human skeleton); Exhibit 5 (displays pictured depict waterfall and surroundings); Exhibit 6 (displays pictured depict human breasts). |

ATDS01 174176v1