FILED IN CHAMBERS
U.S.D.C. Rome

APR 20 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARCO, N.V. and BARCO, INC., | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 1:11-CV-2964-RLV |
| EIZO NANAO CORPORATION and EIZO NANAO TECHNOLOGIES INC., | |
| Defendants. | |

O R D E R

This matter comes before the court on the defendants' motion to stay this proceeding pending the completion of a patent reissuance proceeding initiated by the plaintiffs regarding U.S. Patent No. 7,639,849 ("the 849 patent") in the United States Patent and Trademark Office [Doc. No. 34].

While the plaintiffs vigorously oppose the defendants' motion to stay this action, this court cannot find any reason to allow this matter to proceed until the United States Patent and Trademark Office decides the plaintiffs' reinsurance application. In deciding to stay this matter, the court does not do so lightly and only did so after carefully considering the factors outlined by the defendants in their motion and reply brief. Specifically, the court concludes that a stay would not unduly prejudice the

plaintiffs and that the imposition of stay would simplify the issues in this case. Moreover, the court notes that no trial date has been set in this matter. Finally, the court notes that the plaintiffs have broadened their reissue application since filing its complaint in this case. In combination, all of these factors favor the imposition of a stay.

For the reasons contained in this order and for those set forth in the defendants' motion and their reply brief, the court GRANTS the defendants' motion to stay these proceedings [Doc. No. 34]. Therefore, the court STAYS this matter pending the resolution of the reissue proceedings initiated by the plaintiffs in the United States Patent and Trademark Office.

SO ORDERED, this 20TH day of April, 2012.

_____
ROBERT L. VINING, JR.
Senior United States District Judge